**SO ORDERED.**



**TIFFANY & BOSCO**
P.A.

**Dated: August 20, 2009**

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-17743/0050845833

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Lee R. Carr and Denise J. Carr<br>　　　Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>　　　Movant,<br>　　vs.<br>Lee R. Carr and Denise J. Carr, Debtors, Lawrence J. Warfield, Trustee.<br>　　　Respondents. | No. 2:09-BK-13946-RTBP<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #19) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 8, 2005 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Lee R. Carr and Denise J. Carr have an interest in, further described as:

> Unit 2025, THE VILLAGES AT PARK CENTRE, according to the Declaration of Condominium recorded in Document No. 2004-200804 and re-recorded in Document No. 2004-258204, and Plat recorded in Book 305 of Maps, page 12, records of Maricopa County, Arizona. TOGETHER WITH an undivided interest in the Common Elements as set forth in said Declaration and Plat and any Annexations thereto.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT