

**SO ORDERED.**

Dated: August 20, 2009

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

# TIFFANY & BOSCO
### P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-18270/6900019071

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-BK-13946-RTBP |
| Lee R. Carr and Denise J. Carr<br>    Debtors. | Chapter 7 |
| Morgan Financial Inc.<br>    Movant,<br>    vs.<br>Lee R. Carr and Denise J. Carr, Debtors, Lawrence J. Warfield, Trustee.<br>    Respondents. | ORDER<br><br>(Related to Docket #25) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated February 6, 2006 and recorded in the office of the Coconino County Recorder wherein Morgan Financial Inc. is the current beneficiary and Lee R. Carr and Denise J. Carr have an interest in, further described as:

PARCEL 1.

A Parcel of Land, situate in Section 26, Township 22 North, Range 4 East, Gila and Salt River Meridian. Coconino County, Arizona, being a portion of that certain parcel described at Instrument Number 3299696 (r1), and as shown on plat recorded at Book 24 of maps, page 99 (r2), all in the Coconino County Recorders Office, being more particularly described as follows:

BEGINNING at the intersection of the south line of the Interstate 40 righ-of-way and the west line f section 26, a set 1/2' rebar/cap - LS18548;

thence N 71d 11m 54 s E, basis of bearings per (r2), along the south righ-of-way line of Interstate 40, a distance of 29.47', to a found concrete righ of way marker;

thence N 72d 10m 38s E, along the south right-of-way line of Interstate 40, a distance of 476.96', to a set 1/2" rebar/cap - LS18548;

thence S 00d 00m 00s W, a distance of 478.79', to the north line of the Burlington-Northern-Santa Fe Railroad right-of-way, to set 1/2" rebar/cap - LS18548;

thence S 79d 05m 09s W, along said right of way, a distance of 500.61', to the west line of section 26, to a set 1/2" rebar/cap - LS18548;

thence N 01d 18m 50s E, along said west line, a distance of 418.21', back to the POINT OF BEGINNING.

PARCEL 2.

An easement of ingress, egress and utilities of Northerly 60 Feet of the Westerly 30 Feet of Parcel 2, as shown in Book 25, Page 83 of Land Surveys and North 30 Feet of Parcels 2, 3, 4 & 5, as shown in Book 25, Page 83 of Land Surveys, records of Coconino County, Arizona.

EXCEPT ALL minerals and commodities contained in the above described Parcel 1, including, without limited the generality thereof, oil, gas and other hydrocarbon substances, as well as metallic or other solid minerals, as reserved in Deed of recorded in Docket 1583, page 673, records of Coconino County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.