

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA



FILED

NOV - 3 2009

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 Proceedings |
|---|---|---|
| Lee R. & Denise J. Carr, | ) | |
| Debtor (s). | ) | Case No. 2:09-bk-13946-RTB |
| Mortgage Electronic Registration Systems, as nominee for Citimortgage, Inc. | ) | (RANDOLPH J. HAINES) |
| Movant, vs. | ) | |
| Lee R. Carr & Denise J. Carr, Debtors: and Lawrence J. Warfield, Trustee, | ) | ORDER OF RECUSAL (CITIMORTGAGE, INC.) |
| Respondent (s). | ) | |

Before the court is the Motion For Relief From the Automatic Stay filed by CITIMORTGAGE, INC. It appearing that the Hon. Redfield T. Baum has a conflict of interest and must recuse himself from considering the motion and therefore;

IT IS HEREBY ORDERED pursuant to the provisions of 28 U.S.C.§ 455(b)(4) the undersigned Bankruptcy Judge is disqualified from considering this matter and refers it to the Clerk of the Court for reassignment to another bankruptcy judge for consideration.

DATED this 3 day of November, 2009.

_____
Honorable Redfield T. Baum
United States Bankruptcy Judge

11/04/2009

Copy of the foregoing
mailed this ___3___ day of
November, 2009 to:

Mark S. Bosco
Leonard J. McDonald
TIFFANY & BOSCO
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016

Douglas Gardner
MCGUIRE GARDNER, PLLC
320 North Leroux Street, Suite A
Flagstaff, Arizona 86001

Lawrence J. Warfield
P.O. Box 14647
Scottsdale, Arizona 85267

Lee & Denis J. Carr
P.O. Box 2125
Flagstaff, Arizona 86003

by _____
   Judicial Assistant

11/04/2009