**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: November 06, 2009**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

# TIFFANY & BOSCO
#### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-23857/2004846751

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-13946-RTBP |
| Lee R. Carr and Denise J. Carr<br>  Debtors. | Chapter 7 |
| Mortgage Electronic Registration Systems, Inc., as nominee for Citimortgage, Inc.<br>  Movant,<br>vs. | ORDER<br><br>(Related to Docket #63) |
| Lee R. Carr and Denise J. Carr, Debtors, Lawrence J. Warfield, Trustee.<br><br>  Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated January 16, 2008 and recorded in the office of the Coconino County Recorder wherein Mortgage Electronic Registration Systems, Inc., as nominee for Citimortgage, Inc. is the current beneficiary and Lee R. Carr and Denise J. Carr have an interest in, further described as:

> Lot 303, CONTINENTAL COUNTRY CLUB ESTATES UNIT TWO, according to the Map recorded in Case 3 of Maps, Page 90·90B, records of Coconino County, Arizona.
> EXCEPTING all underground water in, under or flowing through said lands and water rights appurtenant thereto and all oil, gas, coal and minerals whatsoever, as reserved in instrument recorded July 26,1977, in Docket 639, page 750.
> ALSO EXCEPTING THEREFROM a portion of Lot 303, Continental Country Club Estates Unite
> 2, as recorded in Case 3, Map 90 (rl), Coconino County Recorders Office, being situate in Section 19, Township 21 North, Range 8 East, Gila and Salt River Base and Meridian, Coconino County, Arizona, being more particularly described as follows:
> Beginning at the Northeast corner of Lot 303, which is a set cut" +" in wood landscape tie;
> Thence South 03°24'16 East (South 03°24'00" East rl), along the East line of Lot 303, a distance of 127.88 feet (128.00 feet rl), to the Southeast corner of Lot 303, to a set 1/2 inch rebar and aluminum cap stamped "LS18548";
> Thence North 06°54'30"West, a distance of 128.12 feet, to the North line of Lot 303, to a set 1/2 inch rebar and aluminum cap stamped "LS 18548";
> Thence North 86°36'00" East (rl and basis of bearings for this description), along the North line of Lot 303, a distance of 7.83 feet, back to the Point of Beginning

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this \_\_\_\_day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT